UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULA APPLEBY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, SPRINT SPECTRUM LP, SPRINT SOLUTIONS, INC., SPRINT/UNITED MANAGEMENT COMPANY, NEXTEL RETAIL STORES, LLC, NEXTEL OPERATIONS, INC., NEXTEL PARTNERS OPERATING CORP., and NEXTEL WEST CORP.,<br><br>Defendants. | Case No. 08-cv-23-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 50) filed by Plaintiff Paula Appleby. Although this is a purported class action, a class has not yet been certified, therefore Federal Rules of Civil Procedure Rule 41 controls dismissal of the action. Because the Stipulation does not meet the requirements of Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) in that it is not signed by all parties who have appeared in the action, the Court construes it as a Motion to Voluntarily Dismiss Defendant Sprint Nextel Corporation. The Court **GRANTS** the Motion (Doc. 50) and **DISMISSES** Defendant Sprint Nextel Corporation without prejudice. Each party will bear its own costs and fees. The Clerk of Court is **DIRECTED** to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED: May 1, 2008**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**