UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULA APPLEBY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, SPRINT SPECTRUM LP, SPRINT SOLUTIONS, INC., SPRINT/UNITED MANAGEMENT COMPANY, NEXTEL RETAIL STORES, LLC, NEXTEL OPERATIONS, INC., NEXTEL PARTNERS OPERATING CORP., and NEXTEL WEST CORP.,<br><br>Defendants. | Case No. 08-cv-23-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Motion to Substitute Party (Doc. 67) filed by Plaintiff Paula Appleby. Appleby informs the Court that she will be unable to fulfill the duties of class representative for this putative class action. Plaintiff requests that Michael Bechtold, a member of the putative class, be substituted as class representative. Defendants have no objection to the substitution of Bechtold for Appleby. The Court hereby **GRANTS** the Motion to Substitute Party (Doc. 67).

**IT IS SO ORDERED.**
**DATED: July 21, 2008**

            s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**